# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18CR0184-WQH |
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE |
| LEOBARDO ANDRADE, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: February 15, 2018

*William Q. Hayes*

Hon. William Q. Hayes
United States District Court